Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
Raymond H Robinson

Case No. 14-08724
Account No. 6351

JP MORGAN CHASE BANK NA
3415 VISION DR DEPT OH4 7142
COLUMBUS, OH 43219

Raymond H Robinson
2416 Walnut St
Waukegan, IL 60085

KENNETH S BORCIA & ASSOC
PO BOX 447
LIBERTYVILLE, IL 60048

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)**

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on January 30, 2017.

/S/ Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on February 08, 2017.

/S/ Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888